Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28124−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Omar Buendia
   23 Bridge Street, FL 1
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−4474

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/14/18 at 10:30 AM

to consider and act upon the following:

*11* − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Omar Buendia) Filed by Kenneth J. Rosellini on behalf of Omar Buendia. Objection deadline is 10/17/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Rosellini, Kenneth)

*12* − Objection to Motion to Extend Time to File Missing Schedules (related document:11 Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Omar Buendia) Filed by Kenneth J. Rosellini on behalf of Omar Buendia. Objection deadline is 10/17/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Omar Buendia) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/12/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court