| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | : <br> : **WITHDRAWAL OF MOTION** <br> : **TO EXTEND TIME TO FILE** <br> : **SCHEDULES AND CONSENT** |
| KENNETH ROSELLINI, ESQ. (6047) <br> Attorney at Law <br> 636A Van Houten Avenue <br> Clifton, New Jersey 07013 <br> (973) 998-8375 Fax (973) 998-8376 <br> Attorney for Debtor Omar Buendia | : **TO DISMISSAL** <br> : <br> : <br> : <br> : <br> : <br> : |
| In Re: <br>     Omar Buendia, <br>         Debtor. | : <br> : Case No.: 18-28124-SLM <br> : <br> : Chapter 13 <br> : |

The Motion Requesting Extension of Time to File Schedules is hereby withdrawn, and Debtor consents to dismissal of the bankruptcy petition.

/s/ Kenneth Rosellini

November 14, 2018

KENNETH ROSELLINI
Attorney for Debtor Omar Buendia