UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 20, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Omar Buendia

Case No.: 18-28124 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

# ORDER DISMISSING CASE
# FOR FAILURE TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATED: _____

**DATED: November 20, 2018**

_____
Judge, United States Bankruptcy Court

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-28124-SLM
Omar Buendia                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                Page 1 of 1         Date Rcvd: Nov 20, 2018
                              Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
db       +Omar Buendia,   23 Bridge Street, FL 1,   Belleville, NJ 07109-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
        Kenneth J. Rosellini   on behalf of Debtor Omar  Buendia kennethrosellini@gmail.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Nicholas V. Rogers   on behalf of Creditor   WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2016-1 nj.bkecf@fedphe.com
        Rebecca Ann Solarz   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 5